No. 71–65.  PUCHI v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 71–69.  WEBSTER ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–70.  WESTINGHOUSE ELECTRIC CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 2d Cir. Certiorari denied.

No. 71–71.  MATALON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–72.  JERNEK v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 71–73.  GREENBERG v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–74.  CONELL v. UNITED STATES; and
No. 71–75.  SMALLWOOD ET AL. v. UNITED STATES. C. A. 8th Cir.  Certiorari denied.  Reported below: 443 F. 2d 535.

No. 71–77.  FARRELL ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–79.  NEW YORK v. MINICONE ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 71–85.  RUMFELT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–87.  HERRING v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 71–88.  THE CYGNUS ET AL. v. MERRILL-STEVENS DRY DOCK CO.  C. A. 5th Cir.  Certiorari denied.